UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-7532-MWF(MRWx)**                                Dated: **December 7, 2017**

Title:      Tapatio Foods, LLC -*v*- Isaac Granados

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

    In light of the Default By Clerk entered on November 29, 2017, the Court sets a hearing for Order To Show Cause Re Default Judgment for **January 8, 2018** at **11:30 a.m.** *If a Motion for Default Judgment is filed prior to this hearing, the hearing will be vacated, and the Order To Show Cause discharged.*

    IT IS SO ORDERED.