JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAPATIO FOODS, LLC, a California Limited Liability Company,<br><br>        Plaintiff,<br><br>  vs.<br><br>ISAAC GRANADOS, an individual,<br><br>        Defendant. | Case No. CV-17-7532-MWF (MRWx)<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT ISAAC GRANADOS.** |

The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, pursuant to Plaintiff's Motion for Entry of Default Judgment against Defendant Isaac Granados and Permanent Injunction (Docket No. 20).

Defendant Isaac Granados was regularly served with process, failed to plead or otherwise defend this action and his default was entered on November 29, 2017. Plaintiff requested judgment against the defaulted Defendant.

Having considered Plaintiff's request for entry of default judgment, good cause being shown, and pursuant to Rule 55(b) of the Federal Rules of Civil Procedure,

Now, therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered as follows:

1. Defendant and his partners, officers, agents, servants, employees, attorneys, subsidiaries, and successors-in-interest that receive actual notice of this Order, are hereby permanently enjoined, effective immediately, from the following:

>   A. using or adopting for any product or service, or in any marketing material:
>
>   >   (1) any trademark containing the words Tapatio, Trapatio, or any marks confusingly similar to Tapatio;
>   >
>   >   (2) the Trapatio Salsa Picante design and mark;
>   >
>   >   (3) the Trapatio mark; or
>   >
>   >   (4) any trademark that bears an image of a Charro (meaning a traditional horseman from Mexico); and
>
>   B. telling any customer, vendor, distributor or other person or business that they are in any way related to or affiliated with Tapatio.

2. IT IS HEREBY FURTHER ORDERED that Defendant shall:

| | | |
|---|---|---|
| 1 | A. | recall and destroy any of his marketing material, letterhead, business cards, signs, banners, clothing, or other media whether physical or digital bearing the trademarks identified above; and |
| 2 | B. | change any username, under his control, for all social media and email accounts to one that does not contain the words "Trapatio" and/or "Tapatio" or any marks confusingly similar to Tapatio; |

Dated: February 12, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge